UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

CERTAIN REAL PROPERTY
commonly known as 3433-3435
NORTH 24TH STREET,
MILWAUKEE, WISCONSIN,

Defendant.

Case No. 06-C-0569

## ORDER OF DISMISSAL

Upon the motion of the United States requesting that the Verified Complaint for Civil Forfeiture In Rem, filed in the above-captioned matter on May 9, 2006, be dismissed without prejudice pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the government's motion is GRANTED.

The Verified Complaint for Civil Forfeiture In Rem in the above-captioned matter is DISMISSED without prejudice.

Dated at Milwaukee, Wisconsin this 1st day of February, 2007.

s/AARON E. GOODSTEIN
U.S. Magistrate Judge